UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ERIC BOSTON,<br><br>              Plaintiff,<br><br>      v.<br><br>KITSAP COUNTY, CONMED, INC.,<br><br>              Defendant. | CASE NO. C14-5205 RBL<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)   The Court adopts the Report and Recommendation; and

(2)   The Court denies defendants' motion to dismiss.

Dated this 11th day of August, 2014.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1