# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ERIC BOSTON,,

              Plaintiff,

    v.

KITSAP COUNTY,

              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C14-5205 RBL

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

On instruction from the Ninth Circuit, Bostons § 1983 claims against Kitsap County and Conmed, Inc. are DISMISSED as time-barred.

The Court declines to exercise supplemental jurisdiction over Bostons negligence claim when he has an identical claim pending in state court.

The case is CLOSED,

DATED:  May 23, 2017

              William M. McCool
              Clerk

              s/ Jean Boring
              Deputy Clerk